UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**SHINAYE WILLIAMS**                                                    **CIVIL ACTION**

**VERSUS**                                                                          **NO. 15-168-RLB**

**UNITED STATES ENVIRONMENTAL
SERVICES, LLC, USES, INC. AND UNITED
STATES MARITIME SERVICES, INC.**

### ORDER

Before the Court is Plaintiff's Motion to Compel (R. Doc. 48) Defendants' responses to Request for Production Nos. 1-7 of Plaintiff's third set of document requests (R. Doc. 48-2).

The requests at issue seek information "directly related to" Plaintiff's allegation that Defendants constitute an "integrated enterprise" for purposes of determining the amount of damages available under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981a(b)(3)(A)-(D).  The Court recently addressed, among other things, the discoverability of information relating to Plaintiff's integrated enterprise theory in its Order (R. Doc. 54) resolving Plaintiff's previous Motion to Compel (Pl.'s Mot. to Compel, R. Doc. 20).  Considering the discovery at issue in the current Motion, and so that the parties may consider whether the aforementioned order affects their respective positions,

The parties are **ORDERED** to hold an additional **Rule 37 conference** on or before **February 22, 2016** to discuss the Motion to Compel (R. Doc. 48).  On or before **February 23, 2016**, **Plaintiff** must file an updated Rule 37 certificate, indicating what discovery, if any, remains in dispute following the parties' conference and any resolutions that the parties have

reached.  If the parties have resolved any disputes that were at issue, **Plaintiff** shall indicate such and withdraw any resolved portions of the Motion if appropriate.

Should the parties be unable to resolve all or part of the pending motion, **Defendants'** Opposition to Plaintiff's Motion to Compel shall be filed on or before **February 26, 2016**.

Signed in Baton Rouge, Louisiana, on February 16, 2016.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**